UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case Number 5:16-CR-222-BO

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | |
| | * | ORDER TO SEAL |
| CHRISTOPHER M. CLEMONS | * | |
| Defendant | * | |
| | * | |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that the Defendant's Response to Presentence Investigation Report be sealed until further Orders of this Court.

IT IS SO ORDERED.

This _21_ day of _February_, 2018.

_____
Honorable Terrence W. Boyle
United States District Judge